#60547
FILED
2010 MAR -9 AM 11:08
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

MARCH 8, 2010

04-64074    THOMAS WAYNE THOMPSON
            KAREN J. THOMPSON
            CREDITOR DID NOT CASH CHECK
            CHECK #418510 FOR $3,789.75
            AUTO CREDIT OF MANSFIELD, INC
            1690 W FOURTH ST
            MANSFIELD, OH  44906

(05-61921)  ROBERT ALLEN SMITH
            DENISE ANN SMITH
            CREDITOR DID NOT CASH CHECK
            CHECK #418511 FOR $3.91
            CHARMING SHOPPES
            FIRST EXPRESS
            PO BOX 856021
            LOUISVILLE, KY  40285

06-61055    GINNA L DEIBLER
            CREDITOR DID NOT CASH CHECK
            CHECK #418512 FOR $148.44
            BANK OF NEW YORK
            3415 VISION DR
            COLUMBUS, OH  43219

                                        0 . *
                                    3,789.75+
                                        3.91+
                                      148.44+
                                    3,942.10*